IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EKINDU FRANKLIN,**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 174088**

v.　　　　　　　　　　Case No. 4:25-CV-00051-JM

**J. COLMAN,** *et al*.　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 5th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE